UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                              )
                                                    )           CASE NO. 12-31923-KRH
Tyrone A. Moody                                     CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of **$300.00.**

1. The Attorney has provided services to the Debtor(s) in connection with a **motion to incur new debt** filed with this Court on **8/27/2015,** the order having been entered by the Court on **9/23/2015.**

2. Fees in the amount of $3,700.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel: (804) 308-0051
Fax: (804) 518-5121

Certificate of Service

I certify that I on **8/24/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.   /s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                                    )
                                                                                    )           CASE NO. 12-31923-KRH
Tyrone A. Moody                                                  )           CHAPTER 13
Debtor(s)
4190 Babble Dr.
Columbus, OH 42307
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): [2696]

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$300.00** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **September 7, 2016 (14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

    Address of attorney for the Debtor(s):    Richard J. Oulton
    America Law Group, Inc.
    8501 Mayland Drive, #106
    Henrico, VA 23294
    Tel:  (804) 308-0051
    Fax: (804) 518-5121

    Address of Chapter 13 Trustee:
    Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

**8/24/2016**    /s/ Richard J. Oulton
    Richard J. Oulton (VSB#29640)
    Attorney for Debtor
    America Law Group, Inc.
    8501 Mayland Drive, #106
    Henrico, VA 23294
    Tel:  (804) 308-0051
    Fax: (804) 518-5121

### PROOF OF SERVICE

I certify that I on **8/24/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

    /s/ Richard J. Oulton

**Parties served:**

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218-1819

Tyrone A. Moody
Debtor(s)
4190 Babble Dr.
Columbus, OH 42307

**NAME AND ADDRESSES OF CREDITORS**

America Law Group, Inc.
t/a Debt Law Group
8501 Mayland Drive, Suite 106
Henrico, VA 23294

Allied Cash Advance
7124 Mechanicsville Tpke
Mechanicsville, VA 23111

Copper Mill Apartments
3400 Copper Mill Trace
Henrico, VA 23294

Credit Collections Srv.
Po Box 9134
Needham, MA 02494

Diversified Adjustments
Dasi-Bankrupcty
Po. Box 32145
Fridley, MN 55432

Eastern Account System
Po Box 837
Newtown, CT 06470

Michelle Renee Clore Fleshman
Nco Fin/38
2360 Campbell Crk Ste 50
Richardson, TX 75082

Owen T Sizemore
Receivable Management
7206 Hull Street Rd Ste
North Chesterfield, VA 23235

RimTyme
1909 Boulevard
Colonial Heights, VA 23834

Wells Fargo Bank
P.O. Box 5058
MAC: P6053-021
Portland, OR 97208-5058